Edgar T. Brackett, Respondent, v. Elizabeth S. C. Seavey and Henry S. Clement, Jr., Individually and as Trustees for Henry S. Clement under the Last Will and Testament of William H. Clement, Deceased, and Henry S. Clement, Appellants.— Judgment unanimously affirmed, with costs.

John T. Breadner, Respondent, v. Harry Lazarowitz and Jacob Lazarowitz, Appellants.— Judgment affirmed, with costs. All concurred.

Emma Bishop, as Administratrix, etc., of Arthur Bishop, Deceased, Respondent, v. Kingston Gas and Electric Company, Appellant.— Order affirmed, with costs. All concurred, except Smith, P. J., and Kellogg, J., dissenting.

Thomas Brown, Appellant, v. Elizabeth Matthews, Respondent.— Judgment affirmed, with costs. All concurred, except Houghton and Betts, JJ., dissenting.

Fred C. Burhans, Respondent, v. American Ice Company, Appellant.— Judgment and order unanimously affirmed, with costs.

Frank L. Bell, Respondent, v. Mabel C. Golding, Appellant, Impleaded with John N. Golding and Others.— Judgment unanimously affirmed, with costs, on the opinion of Van Kirk, J., at Special Term.

Charles L. Briggs and John Harris, Appellants, v. The State of New York, Respondent.— Judgment unanimously affirmed, with costs.

Frank J. Carr and Others, Respondents, v. Milford B. Peck, Appellant.— Judgment unanimously affirmed, with costs.

Myron S. Durfee, Respondent, v. Boston and Maine Railroad, Appellant.— Judgment and order affirmed, with costs. All concurred, except Kellogg, J., dissenting.

Addison Fuller, Respondent, v. Richard E. Burger, Appellant.— Judgment unanimously affirmed, with costs.